Scott S. McKessy (SM-5479)
Reed Smith LLP
599 Lexington Avenue
New York, New York 10022
Tel. (212) 521-5400
Fax. (212) 521-5450

Attorneys for Defendants
Nationpoint and Nationpoint Loan Services

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JIMMY BARBERAN AND TATSIANA
BARBERAN, HUSBAND AND WIFE,       :        07 Civ. 1159 (KMK)

               Plaintiffs,         :

   - against -                      :        **STATEMENT PURSUANT**
                                                                                      **TO FED. R. CIV. P. 7.1**
NATIONPOINT A DIVISION OF NATIONAL :
CITY BANK; MORTGAGE ELECTRINIC
REGISTRATION SYSTEMS, INC., ATIMA;  :
NATIONPOINT LOAN SERVICES, ISAOA;
UNKNOWN OWNERS OF THE EVIDENCE    :
OF THE DEBT and/or OWNERS OF THE NOTE,
                                                                       :
               Defendants.
------------------------------------------------------------X

       Pursuant to Fed. R. Civ. P. 7.1(a), to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Nationpoint and Nationpoint Loan Services certify that the following are parent corporations and any publicly held corporations that own 10% or more of the stock of Nationpoint or Nationpoint Loan Services:

        First Franklin Financial Corporation (which is a 100% subsidiary of
        Merrill Lynch Bank & Trust FSB)

Dated:  New York, New York        REED SMITH LLP
            February 20, 2008

                                                 By: _____
                                                       Scott S. McKessy (SM-5479)
                                             599 Lexington Avenue
                                             New York, NY 10022
                                             (212) 521-5400

                                             *Attorneys for Defendant*
                                             *Nationpoint and Nationpoint Loan Services.*