# ReedSmith

**Scott S. McKessy**
Direct Phone: +1 212 521 5421
Email: smckessy@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450

February 20, 2008

**VIA OVERNIGHT COURIER**

Honorable Kenneth M. Karas
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

    Re:    Jimmy Barberan and Tatsiana Barberan, *pro se* v. Nationpoint *et al.*
            Civil Case No. 07 Civ. 11595 (KMK) (LMS)

Dear Judge Karas:

    My firm represents Nationpoint and Nationpoint Loan Services (collectively "Nationpoint"), two of the defendants in the above-referenced matter. Nationpoint writes to request the Court affix March 14, 2008 as the last day upon which Nationpoint may respond to the complaint. I have spoken with the plaintiff Jimmy Barberan, appearing pro se in this matter, and plaintiffs agree to this request. This is Nationpoint's first request for such relief and this date does not affect any known scheduled court dates.

    Enclosed herein is a courtesy copy of Nationpoint's Rule 7.1 Statement, filed with the Court on this date.

Respectfully submitted,

Scott S. McKessy

SSM/bt

cc: Jimmy and Esther Barberan (via overnight delivery)

Granted,

SO ORDERED:

_____
U.S.D.J.  2/21/08

