UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JIMMY BARBERAN AND TATSIANA
BARBERAN, HUSBAND AND WIFE,    RULE 7.1
                             Plaintiffs,    DISCLOSURE
                             STATEMENT
     -against-    CV: 07/11595

NATIONPOINT A DIVISION OF NATIONAL CITY    Magistrate/Judge:
BANK, MORTGAGE ELECTRONIC REGISTRATION    Judge Karas
SYSTEMS, INC., NATIONPOINT LOAN
SERVICES, UNKNOWN OWNERS OF THE
EVIDENCE OF THE DEBT and/or OWNERS OF
THE NOTE,
                             Defendants.
------------------------------------------------------------------------X

       Pursuant to Rule 7.1A of the Federal Rules of Civil Procedure, Defendant,

NATIONPOINT LOAN SERVICES, herein states as follows:


1.      The parent company of NATIONPOINT LOAN SERVICES is Merrill Lynch Bank &

       Trust Co., FSB which in turn is a subsidiary of Merrill Lynch, which owns 10% or more

       of NATIONPOINT LOAN SERVICES' stock.

Dated: Middletown, New York
       March 6, 2008


                                 Yours,

                                 By:_____
                                   Douglas S. Goldberg (DG-5127)

                                 Law Offices of Craig P. Curcio
                                 Attorney for defendant, NATIONPOINT, INC.
                                 s/h/a NATIONPOINT A DIVISION OF
                                 NATIONAL CITY  BANK, MORTGAGE
                                 ELECTRONIC REGISTRATION SYSTEMS,
                                 INC., AND NATIONPOINT LOAN SERVICES

One Edgewater Drive
Middletown, New York 10940
845.344.2524

TO:
Jimmy Barberan and
Tatsiana Barberan
Plaintiffs *pro se*
15 Woodlake Drive
Middletown, New York 10940
845.342.6473