AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

JIMMY BARBERAN and TATSIANA BARBERAN

**SUMMONS IN A CIVIL ACTION**

V.

NATIONPOINT A DIVISION OF NATIONAL CITY BANK

CASE NUMBER:

**'07 CIV 11595**

**JUDGE KARAS**

TO: (Name and address of Defendant)

NATIONPOINT A DIVISION OF NATIONAL CITY BANK
25530 Commercentre Dr.
Lake Forest, CA 92630

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

PRO SE JIMMY BARBERAN and TATSIANA BARBERAN
15 WOODLAKE DRIVE
MIDDLETOWN, NY 10940

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon

CLERK

(By) DEPUTY CLERK

DATE   DEC 27 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

JIMMY BARBERAN and TATSIANA BARBERAN

**SUMMONS IN A CIVIL ACTION**

V.

NATIONPOINT A DIVISION OF NATIONAL CITY BANK

CASE NUMBER:

**'07 CIV 11595**

**JUDGE KARAS**

TO: (Name and address of Defendant)

NATIONPOINT A DIVISION OF NATIONAL CITY BANK
25530 Commercentre Dr.
Lake Forest, CA 92630

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

PRO SE JIMMY BARBERAN and TATSIANA BARBERAN
15 WOODLAKE DRIVE
MIDDLETOWN, NY 10940

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon

CLERK

(By) DEPUTY CLERK

DATE  DEC 2 7 2007

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 1/18/08 |
| NAME OF SERVER (PRINT) Bill Gonzalez | TITLE Process Server, Orange County #2064 |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. NationPoint A Division of National City Bank 25530 Commercentre Dr. Lake Forest, CA 92630

Name of person with whom the summons and complaint were left: Jane Doe, Refused to give name, Human Resources Mgr.

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 85.00 | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/18/08
              Date

Signature of Server

17602 W. 17th Street #102-255
Tustin, CA 92780    888-981-7378
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of __Orange__

On __Jan 18, 2008__ before me, __Sandra M Gonzalez__,
       Date                                    Here Insert Name and Title of the Officer

personally appeared __Bill Gonzalez__
                                    Name(s) of Signer(s)

_____,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature __Sandra M Gonzalez__
                    Signature of Notary Public

[Notary Seal: SANDRA M. GONZALEZ, Commission # 1771881, Notary Public - California, Orange County, My Comm. Expires Oct 5, 2011]

Place Notary Seal Above

─────────────── **OPTIONAL** ───────────────

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: __Return of Service__

Document Date: __Jan 18, 2008__   Number of Pages: __2__

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer Is Representing: _____

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer Is Representing: _____

© 2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5907   Reorder: Call Toll-Free 1-800-876-6827

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

JIMMY BARBERAN and TATSIANA BARBERAN

**SUMMONS IN A CIVIL ACTION**

V.

NATIONPOINT A DIVISION OF NATIONAL CITY BANK

CASE NUMBER:

**'07 CIV 11595**

**JUDGE KARAS**

TO: (Name and address of Defendant)

NATIONPOINT LOAN SERVICES
150 Allegheny Center Mall
Pittsburgh, PA 15212

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

PRO SE JIMMY BARBERAN and TATSIANA BARBERAN
15 WOODLAKE DRIVE
MIDDLETOWN, NY 10940

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon

CLERK

(By) DEPUTY CLERK

DATE  DEC 27 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

JIMMY BARBERAN and TATSIANA BARBERAN

V.

NATIONPOINT A DIVISION OF NATIONAL CITY BANK

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 11595**

**JUDGE KARAS**

TO: (Name and address of Defendant)

Mortgage Electronic Registration Systems, Inc.
c/o Sharon McGann Horstkamp, Registered Agent
1595 Spring Hill Road
Suite 310
Vienna, Virginia 22182

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

PRO SE JIMMY BARBERAN and TATSIANA BARBERAN
15 WOODLAKE DRIVE
MIDDLETOWN, NY 10940

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon

CLERK

(By) DEPUTY CLERK

DATE: DEC 27 2007