UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JIMMY BARBERAN AND TATSIANA
BARBERAN, HUSBAND AND WIFE             :    07 Civ. 11595 (KMK)
                                       :
          Plaintiffs,                  :
                                       :    **NOTICE OF APPEARANCE**
     - against -                       :
                                       :
NATIONPOINT A DIVISION OF NATIONAL     :
 CITY BANK; MORTGAGE ELECTRINIC        :
REGISTRATION SYSTEMS, INC., ATIMA;     :
NATIONPOINT LOAN SERVICES, ISAOA;      :
UNKNOWN OWNERS OF THE EVIDENCE         :
OF THE DEBT and/or OWNERS OF THE NOTE, :
                                       :
          Defendants.                  :
-------------------------------------------------------------X

COMES NOW Scott S. McKessy of the law firm of Reed Smith, LLP, 599 Lexington Avenue, New York, New York 10022, and enters his appearance as counsel on behalf of Defendants Nationpoint, Nationpoint Loan Services and Mortgage Electronic Registration Systems, Inc. in the above-referenced action. The undersigned respectfully request that the Clerk mark the following as counsel of record for these defendants:

> Scott S. McKessy
> Reed Smith LLP
> 599 Lexington Avenue
> New York, New York 10022
> Telephone:   (212) 521-5400
> Facsimile:   (212) 521-5413
> smckessy@reedsmith.com

This 28th day of March, 2008.

                                       _____
                                       Scott S. McKessy (SM – 5479)
                                       REED SMITH LLP
                                       599 Lexington Avenue
                                       New York, New York 10022
                                       Tel: (212) 521-5400
                                       Fax: (212) 521-5450

NYLIB-7892895.1-JBTEIG

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on the following on this 28th day of March, 2008 by First Class Mail, postage prepaid on:

    Jimmy Barberan
    Tatsiana Barberan
    15 Woodlake Drive
    Middletown, New York 10940

    Douglas Goldberg, Esq.
    Law Office of Craig Curcio
    One Edgewater Drive
    Middletown, New York 10940

                                                 Scott S. McKessy

NYLIB-7892895.1-JBTEIG