UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JIMMY BARBERAN AND TATSIANA
BARBERAN, HUSBAND AND WIFE,

          Plaintiff,   NOTICE OF
                WITHDRAWAL OF
  -against-          COUNSEL
                CV: 07/11595

NATIONPOINT A DIVISION OF NATIONAL CITY
BANK, MORTGAGE ELECTRONIC REGISTRATION Magistrate/Judge:
SYSTEMS, INC., NATIONPOINT LOAN      Judge Karas
SERVICES, UNKNOWN OWNERS OF THE
EVIDENCE OF THE DEBT and/or OWNERS OF
THE NOTE,
          Defendants.
------------------------------------------------------------------------X

  PLEASE TAKE NOTICE, that upon consent of Defendants, Nationpoint, Nationpoint Loan Services ("NLS"), and Mortgage Electronic Registration Systems, Inc. ("MERS"), in the above action, the Law Offices of Craig P. Curcio hereby withdraws as counsel of record for said Defendants as of the date hereof.

Dated: Middletown, New York
    March 28, 2008

                Law Offices of Craig P. Curcio

                By:_____
                  Douglas S. Goldberg (DSG-5127)

                One Edgewater Drive
                Middletown, New York 10940
                845.344.2524
                *Withdrawing Attorneys for Nationpoint,*
                *Nationpoint Loan Services, and Mortgage*
                *Electronic Registration Systems, Inc.*

TO: Jimmy Barberan
   Tatsiana Barberan
   15 Woodlake Drive
   Middletown, New York 10940
   845.342.6473