UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

Jimmy Barberan, et al.,
    Plaintiff,

    -against-

National Point, et al,
    Defendants.
_____X

**RECEIVED MAR 28 2008 PRO SE OFFICE**

Affirmation of Service of the
Summons and Complaint

07 Civ. 11595 (KMK)

*U.S. DISTRICT COURT FILED MAR 28 2008 S.D. OF N.Y.*

I, _____, declare under penalty of perjury that I have served a copy of the Summons and Complaint in the above-captioned case. Service was made by personal service upon _____SEE Attached_____

whose address is _____

_____

on _____, 20__, at _____ o'clock ____.

Dated: _____
    New York, New York

                                    _____
                                    Signature of Server

                                    _____
                                    Address of Server

                                    _____
                                    City, State and Zip

# COVER SHEET

To:  Ms. Johnson Pro-Se Office

From:  Jimmy Barberan
15 Woodlake Drive
Middletown, NY 10940
1-845-342-6473 – Home
1-914-490-4669 – Cell
jimmy_barberan@yahoo.com

**PAGES: 2**

**RE:  Affidavit of Service Case No 07 CIV 11595**

Please find enclosed Return of Service and Affidavit of Service for the Case No 07 CIV 11595. Please, file it appropriately. If you have any questions, please do not hesitate to contact me.

Thank you!

Regards,

Jimmy