**MEMO ENDORSED**

Jimmy Barberan
Tatsiana Barberan
15 Woodlake Drive
Middletown, NY 10940
(845)342-6473

May 2, 2008

Honorable Kenneth M. Karas
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Re:   Request for Continuance of Pre-Motion Conference
      Jimmy Barberan and Tatsiana Barberan, *pro se* v. Nationpoint *et al.*
      Civil Case No. 07 Civ. 11595 (KMK) (LMS)

Dear Judge Karas:

A Pre-Motion Conference has been scheduled for Thursday, May 8, 2008 at 11:00 a.m. at the request of Counsel for the defendants.

I have a prior commitment for that morning; however, I would be available at any time on May 12th, 13th, or 14th, or early the following week.

Pursuant to Individual Rules, I request a continuance of 14 days, to one of the dates noted in the above paragraph, and a time during which I could be present. This is the first request to continue this conference.

I respectfully request the courts cooperation in this matter.

Very truly yours,

Jimmy Barberan

Tatsiana Barberan

cc:   Scott S. McKessy
      Reed Smith, LLP
      Counsel for Defendant Mortgage Electronic Registration Systems, Inc.
      Counsel for Defendant NationPoint Loan Services, ISAOA
      599 Lexington Avenue
      New York, NY  10022

*Handwritten endorsement:* Conference is adjourned until May 19, 2008, at 2:30

So Ordered.
5/2/08

✓ copies mailed