# ReedSmith

# MEMO ENDORSED

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450

**Scott S. McKessy**
Direct Phone: +1 212 521 5421
Email: smckessy@reedsmith.com



May 13, 2008

**VIA OVERNIGHT DELIVERY**

Honorable Kenneth M. Karas
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Re:  Jimmy Barberan and Tatsiana Barberan, *pro se* v. Nationpoint *et al.*
     Civil Case No. 07 Civ. 11595 (KMK) (LMS) and

     LaSalle Bank National Association, et al. v. Jimmy Barberan
     and Tatsiana Barberan, et al., Civil Case No. 08 Civ. 2904 (KMK)

Dear Judge Karas:

My firm represents the defendants in the action captioned *Barberan v. Nationpoint* and the plaintiff in the action styled *LaSalle Bank v. Barberan*. At the Barberans' request, the pre-motion conference initially scheduled in this matter for May 8th was adjourned to Monday, May 19th at 2:30 p.m. The Court has also scheduled a Rule 16 Conference for that same time. I am presently scheduled to be before Justice Cahn in New York Supreme Court on May 19th at 2:00 p.m.

Accordingly, I respectfully request that the May 19th appearances in these two actions be pushed back one day to May 20th in the afternoon. I am also available on May 22nd, May 23rd (in the afternoon), May 27th and May 29th. This is the first request my clients have made for an adjournment.

Respectfully submitted,

*Scott S. McKessy*
Scott S. McKessy

*Both Conferences adjourned until May 20, 2008, at 3:00pm.*

*So Ordered.*

*5/16/08*

SSM/bt

cc:  Jimmy and Tatsiana Barberan (via overnight delivery)

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE