USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JIMMY BARBERAN et al,

        Plaintiffs,

-v-

NATIONPOINT et al,

        Defendants.

Case No. 07-CV-11595 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

    At the pre-motion conference held by the Court on May 20, 2008, the Court adopted the following scheduling order:

    Defendants' 12(c) motion shall be filed with the Clerk and served upon opposing counsel and the Court not later than June 5, 2008. The motion shall not be longer than twenty-five (25) pages.

    Plaintiffs' opposition papers shall be filed with the Clerk and served upon opposing counsel and the Court not later than June 20, 2008. The opposition papers shall not be longer than twenty-five (25) pages.

    Reply papers are to be served upon opposing parties not later than June 30, 2008. The reply shall not be longer than ten (10) pages.

    Sur-reply papers shall not be accepted or filed unless prior permission of the Court is given.

    Any pending deadlines found in the Federal Rules of Civil Procedure or in any applicable statute are hereby stayed until the date the motion is due.

    Parties are reminded that there is a strict page limit, which will only be extended in extreme circumstances.

    If oral argument is requested, it may be scheduled by the Court. Please wait to hear from the Court to schedule argument.

    In addition, upon consent of the parties, this case shall be consolidated with *Lasalle Bank National Association As Trustee For First Franklin Mortgage Loan Trust 2006-FF18, Mortgage*

*Loan Asset-Backed Certificates, Series 2006-FF18 v. Tatsiana Barberan et al*, Case No. 08-CV-2904. The new caption should display as follows:

| | |
|---|---|
| JIMMY BARBERAN and TATSIANA BARBERAN,<br><br>     Plaintiffs,<br><br> -v-<br><br>NATIONPOINT, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., NATIONPOINT LOAN SERVICES, and UNKNOWN OWNERS OF THE EVIDENCE OF THE DEBT and/or OWNERS OF THE NOTE,<br><br>     Defendants.<br><br>―――――――――――――<br><br>LASALLE BANK NATIONAL ASSOCIATION AS TRUSTEE FOR FIRST FRANKLIN LOAN TRUST 2006-FF-18, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-FF18,<br><br>     Cross-Claimant,<br><br> -v-<br><br>TATSIANA BARBERAN, JIMMY BARBERAN, BOARD OF MANAGERS OF SPRING HOLLOW CONDOMINIUM TWO, and JOHN DOE,<br><br>     Cross-Defendants. | Case No. 07-CV-11595 (KMK) |

The Clerk of Court is respectfully directed to close *Lasalle Bank National Association As Trustee For First Franklin Mortgage Loan Trust 2006-FF18, Mortgage Loan Asset-Backed Certificates, Series 2006-FF18 v. Tatsiana Barberan et al*, Case No. 08-CV-2904.

SO ORDERED.

Dated:  May 21, 2008
        White Plains, New York

                                    _____
                                    KENNETH M. KARAS
                                    UNITED STATES DISTRICT JUDGE

Service List:

Jimmy Barberan
Tatsiana Barberan
15 Woodlake Drive
Middletown, NY 10940
(845) 342-6473
*Pro Se Plaintiffs*

Craig P. Curcio
Law Offices of Craig P. Curcio
One Edgewater Drive
Middletown, NY 10940
(845)-344-2524
Fax: (845)-344-2528
Email: curciolaw@frontiernet.net
*Counsel for Defendants*

Scott Stephen McKessy
Reed Smith, LLP (PA)
1650 Market Street
Philadelphia, PA 19103
212-521-5421
Fax: 212-521-5450
Email: smckessy@reedsmith.com
*Counsel for Defendants*