

DO C# 14

Scott S. McKessy (SM-5479)
Jordan W. Siev (JS-8043)
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Tel. (212) 521-5400
Fax. (212) 521-5450

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JIMMY BARBERAN AND TATSIANA BARBERAN,

        Plaintiffs,

-v-

NATIONPOINT, MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC., NATIONPOINT
LOAN SERVICES, and UNKNOWN OWNERS OF
THE EVIDENCE OF THE DEBT and/or OWNERS
OF THE NOTE,

        Defendants.

Case No. 07-CV-11595 (KMK)

LASALLE BANK NATIONAL ASSOCIATION AS
TRUSTEE FOR FIRST FRANKLIN LOAN TRUST
2006-FF-18 MORTGAGE LOAN ASSET-BACKED
CERTIFICATES, SERIES 2006-FF18

        Cross-Claimant,

TATSIANA BARBERAN, JIMMY BARBERAN,
BOARD OF MANAGERS OF SPRING HOLLOW
CONDOMINIUM TWO and JOHN DOE,

        Cross-Defendants.

**NOTICE OF MOTION FOR JUDGMENT
ON THE PLEADINGS PURSUANT TO FED. R. CIV. P. RULE 12(C)**

PLEASE TAKE NOTICE that upon the accompanying Declaration of Jordan W. Siev dated June 5, 2008 and the exhibits annexed thereto, the Notice pursuant to Local Rule 12.1 and the Memorandum of Law in Support of Defendants' Motion for Judgment on the Pleadings, as well as on all prior pleadings, Defendants Nationbank s/h/a/ Nationpoint, a Division of National City Bank, Mortgage Electronic Registration Systems, Inc. and Nationpoint Loan Services, by and through their attorneys, Reed Smith LLP, will move this Court at a date and time to be designated by the Court, at the United States Courthouse for the Southern District of New York, located at 300 Quarropas Street, White Plaints, New York, for an order granting judgment on the pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, as well as for such other, further and different relief as this Court deems just and proper. Oral argument is requested on a date and at a time to be designated by the Court.

Dated: New York, New York
       June 5, 2008

REED SMITH LLP

By: _____
    Jordan W. Siev (JS-8043)
    Scott S. McKessy (SM-5479)
    599 Lexington Avenue
    New York, New York 10022
    (212) 521-5400

*Attorneys for Defendants Nationpoint, Inc., s/h/a Nationpoint a Division of National City Bank, Mortgage Electronic Registration Systems, Inc. and Nationpoint Loan Service*

To:
Jimmy Barberan
Tatsiana Barberan
15 Woodlake Drive
Middletown, New York 10940