Scott S. McKessy (SM-5479)
Jordan W. Siev (JS-8043)
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Tel. (212) 521-5400
Fax. (212) 521-5450

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| JIMMY BARBERAN AND TATSIANA BARBERAN,<br><br>Plaintiffs,<br><br>-v-<br><br>NATIONPOINT, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., NATIONPOINT LOAN SERVICES, and UNKNOWN OWNERS OF THE EVIDENCE OF THE DEBT and/or OWNERS OF THE NOTE,<br><br>Defendants. | Case No. 07-CV-11595 (KMK) |
| LASALLE BANK NATIONAL ASSOCIATION AS TRUSTEE FOR FIRST FRANKLIN LOAN TRUST 2006-FF-18 MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-FF18<br><br>Cross-Claimant,<br><br>-v-<br><br>TATSIANA BARBERAN, JIMMY BARBERAN, BOARD OF MANAGERS OF SPRING HOLLOW CONDOMINIUM TWO and JOHN DOE,<br><br>Cross-Defendants. | **NOTICE OF APPEARANCE** |

COMES NOW Jordan W. Siev of the law firm of Reed Smith LLP, 599 Lexington Avenue, New York, New York 10022, and enters his appearance as counsel on behalf of Defendants Nationpoint, Nationpoint Loan Services and Mortgage Electronic Registration Systems, Inc. in the above-referenced action. The undersigned respectfully requests that the Clerk mark the following as counsel of record for these defendants:

Jordan W. Siev
Reed Smith LLP
599 Lexington Avenue
New York, New York  10022
Telephone:   (212) 521-5400
Facsimile:    (212) 521-5413
jsiev@reedsmith.com

This 5th day of June, 2008.

REED SMITH LLP

_____
Jordan W. Siev (JS-8043)
599 Lexington Avenue
New York, New York 10022
Tel: (212) 521-5400
Fax: (212) 521-5450