# ReedSmith

```
┌─────────────────────────┐
│ USDS SDNY               │
│ DOCUMENT                │
│ ELECTRONICALLY FILED    │
│ DOC #: _____        │
│ DATE FILED: _____   │
└─────────────────────────┘
```

**Jordan W. Siev**
Direct Phone: +1 212 205 6085
Email: jsiev@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

June 25, 2008

BY FEDERAL EXPRESS

Honorable Kenneth M. Karas
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

    Re:    Jimmy Barberan and Tatsiana Barberan, *pro se* v. Nationpoint, *et al.*;
            LaSalle Bank National Association v. Barberan, *et al.*
            Civil Case No. 07 Civ. 11595 (KMK) (LMS)

Dear Judge Karas:

    We are counsel to Nationpoint, Mortgage Electronic Registration Systems, Inc. and Nationpoint Loan Services, the Defendants in the above-referenced matter.

    Pursuant to this Court's Order dated May 21, 2008, Defendants served Plaintiffs with a Motion for Judgment on the Pleadings on June 5, 2008. We have just received copies of Plaintiffs' motion to extend their time to respond to our motion by 10 days, or until June 30, 2008. While Defendants are not clear on which documents Plaintiffs need to review in order to "verify certain issues" as Defendants served Plaintiffs with all of their motion papers, Defendants nonetheless do not object to Plaintiffs' motion, or to their request that they be provided with electronic access to filings in this case. However, if Plaintiffs serve their opposition papers on June 30, 2008, Defendants respectfully request that the Court extend Defendants' time to serve reply papers by the same 10 days, or until July 10, 2008.

    Finally, I wanted to advise the Court that, contrary to the representation in Plaintiffs' motion, neither I nor my partner Scott McKessy received any messages from Plaintiffs regarding their requested extension of time. Had we received such a message, we would have returned it and consented to the relief sought.

Respectfully submitted,

*Jordan W. Siev*
Jordan W. Siev
JWS/jt

cc:    Jimmy and Tatsiana Barberan (by Federal Express)

*Handwritten annotation:* Defendants will get 10 ~~more~~ days to reply to Plaintiffs' response to Defendants' Rule 12(c) motion, starting from when Plaintiffs' response is filed. So Ordered. [signature] 6/26/08

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

NYLIB-8031899.1-JBTEIG 6/25/08 12:08 PM