USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Jimmy Barberan
Tatsiana Barberan
15 Woodlake Drive
Middletown, NY 10940
(845)342-6473

June 18, 2008

Honorable Kenneth M. Karas
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Re: Request Documents be made available for viewing online
Jimmy Barberan and Tatsiana Barberan, *pro se* v. Nationpoint *et al.*
Civil Case No. 07 Civ. 11595 (KMK) (LMS)

Dear Judge Karas:

The purpose of this letter is to request that all documents in this case be made available for viewing on line.

In the past week, I have made several calls including to the clerks at the White Plains Courthouse and also the NYC courthouse regarding this matter and both informed me that I would need to write you and request to have all documents made available for viewing, being that I am a pro se litigant. Due to the distance to the courthouse, costs and time restraints, it is a hardship drive to the courthouse to look up documents manually due to costs, and time constraints.

I respectfully request the courts cooperation in this matter.

Very truly yours,

_____
Jimmy Barberan

cc: Scott S. McKessy
Jordan W. Siev
Reed Smith, LLP
Counsel for Defendant Mortgage Electronic Registration Systems, Inc.
Counsel for Defendant NationPoint Loan Services, ISAOA
Nationpoint
LaSalle Bank, et al
599 Lexington Avenue
New York, NY 10022

This case may be designated as an ECF case.

So Ordered.

6/26/08