Jimmy Barberan
Tatsiana Barberan
15 Woodlake Drive
Middletown, NY 10940
845-342-6473

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIMMY BARBERAN and TATSIANA BARBERAN, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>NATIONPOINT, MORTGAGE ELECTRONIC )<br>REGISTRATION SYSTEMS, INC., NATIONPOINT )<br>LOAN SERVICES, and UNKNOWN OWNERS OF )<br>THE EVIDENCE OF THE DEBT and/or OWNERS )<br>OF THE NOTE, )<br>)<br>Defendants. )<br>------------------------------------------------------------------) | Case No.  07-cv-11595-KMK |
| LASALLE BANK NATIONAL ASSOCIATION AS )<br>TRUSTEE FOR FIRST FRANKLIN LOAN TRUST )<br>2006-FF-18, MORTGAGE LOAN ASSET-BACKED )<br>CERTIFICATES, SERIES 2006-FF18, )<br>)<br>Cross-Claimant, )<br>)<br>vs. )<br>)<br>TATSIANA BARBERAN, JIMMY BARBERAN, )<br>BOARD OF MANAGERS OF SPRING HOLLOW )<br>CONDOMINIUM TWO, and JOHN DOE, )<br>)<br>Cross-Defendants. ) | |

**PLAINTIFFS' NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS
PURSUANT TO FED. R. CIV. P. RULE 12(C)**

1

PLEASE TAKE NOTICE that upon all the Verified Complaint, as well as on all the pleadings in this case, Plaintiffs Jimmy Barberan and Tatsiana Barberan, will move this Court at a date and time to be designated by the Court, at the United States Courthouse for the Southern District of New York, located at 300 Quarropas Street, White Plains, New York, for an order granting judgment on the pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, as well as for such other, further and different relief as this Court deems just and proper.

Executed on this 30th day of June, 2008.

_____                         _____
Jimmy Barberan                                     Tatsiana Barberan

### CERTIFICATE OF SERVICE

I certify that upon the date last written below I served a true copy of the foregoing by fax and/or United States first class mail, postage prepaid, on:

**Mortgage Electronic Registration Systems, Inc.,**
**NationPoint,**
**NationPoint Loan Services, ISAOA,**
**Lasalle Bank National Association As Trustee For First Franklin Loan Trust 2006-FF-18,**
**Mortgage Loan Asset-Backed Certificates, Series 2006-FF-18**
c/o Jordan W. Siev
c/o Scott McKessy
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022
212-521-5400
212-521-5450 (fax)

DATED this 1st day of July, 2008.    _____

2