Jimmy Barberan
Tatsiana Barberan
15 Woodlake Drive
Middletown, NY 10940
845-342-6473

FILED
JUN 3 0 2008
S.D. OF N.Y.

PRO SE OFFICE JS

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIMMY BARBERAN and TATSIANA BARBERAN, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>NATIONPOINT, MORTGAGE ELECTRONIC )<br>REGISTRATION SYSTEMS, INC., NATIONPOINT )<br>LOAN SERVICES, and UNKNOWN OWNERS OF )<br>THE EVIDENCE OF THE DEBT and/or OWNERS )<br>OF THE NOTE, )<br>)<br>Defendants. )<br>--------------------------------------------------------------)<br>)<br>LASALLE BANK NATIONAL ASSOCIATION AS )<br>TRUSTEE FOR FIRST FRANKLIN LOAN TRUST )<br>2006-FF-18, MORTGAGE LOAN ASSET-BACKED )<br>CERTIFICATES, SERIES 2006-FF18, )<br>)<br>Cross-Claimant, )<br>)<br>vs. )<br>)<br>TATSIANA BARBERAN, JIMMY BARBERAN, )<br>BOARD OF MANAGERS OF SPRING HOLLOW )<br>CONDOMINIUM TWO, and JOHN DOE, )<br>)<br>Cross-Defendants. ) | Case No.  07-cv-11595-KMK |

**UNOPPOSED SECOND MOTION FOR ENLARGEMENT OF TIME OF 10 DAYS
TO FILE RESPONSE TO MOTION FOR JUDGMENT ON THE PLEADINGS**

**CERTIFICATION**

1

We, the Plaintiffs, certify that we have conferred with Mr. Siev, Counsel for the opposing parties, regarding this motion and he will not oppose.

## MOTION

1. Come now the Plaintiffs in the above captioned matter, and move the Court for a second enlargement of time of 10 days to file a Response to MOTION FOR JUDGMENT ON THE PLEADINGS, which was filed on June 5, 2008.

2. Plaintiff's motion is based on good cause as shown and not for any dilatory purposes.

3. Plaintiff's request is timely. The response was originally due June 20, 2008.

4. Plaintiffs filed a first Motion for enlargement of time of 10 days on June 20, 2008 to and including Monday, June 30, 2008.

5. That Motion is pending.

6. This is Plaintiff's second request for enlargement of time and is requested up to and including Thursday, July 10, 2008.

7. Plaintiffs are not attorneys and need additional time for research.

8. Plaintiffs have not been able to view Defendants court documents online to verify certain issues, and have been unable to drive to the courthouse to view documents manually due to hardship of time constraints, costs and distance.

## CONCLUSION

Plaintiff's motion should be granted in order to prevent an injustice.

Executed on this 27th day of June, 2008.

_____          _____
Jimmy Barberan                                          Tatsiana Barberan

2

## CERTIFICATE OF SERVICE

I certify that upon the date last written below I served a true copy of the foregoing by fax and/or United States first class mail, postage prepaid, on:

**Mortgage Electronic Registration Systems, Inc.,**
**NationPoint,**
**NationPoint Loan Services, ISAOA,**
**Lasalle Bank National Association As Trustee For First Franklin Loan Trust 2006-FF-18,**
**Mortgage Loan Asset-Backed Certificates, Series 2006-FF-18**
c/o Jordan W. Siev
c/o Scott McKessy
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022
212-521-5400
212-521-5450 (fax)


DATED this 27th day of June, 2008.   _____

3