Scott S. McKessy (SM-5479)
Jordan W. Siev (JS-8043)
Reed Smith LLP
599 Lexington Avenue
New York, New York 10022
Tel. (212) 521-5400
Fax. (212) 521-5450

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIMMY BARBERAN AND TATSIANA BARBERAN,<br><br>　　　　　　　Plaintiffs,<br><br>　　-v-<br><br>NATIONPOINT, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., NATIONPOINT LOAN SERVICES, and UNKNOWN OWNERS OF THE EVIDENCE OF THE DEBT and/or OWNERS OF THE NOTE,<br>　　　　　　　Defendants. | Case No. 07-CV-11595 (KMK) |
| LASALLE BANK NATIONAL ASSOCIATION AS TRUSTEE FOR FIRST FRANKLIN LOAN TRUST 2006-FF-18 MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-FF18<br><br>　　　　　　　Cross-Claimant,<br><br>　　-v-<br><br>TATSIANA BARBERAN, JIMMY BARBERAN, BOARD OF MANAGERS OF SPRING HOLLOW CONDOMINIUM TWO and JOHN DOE,<br><br>　　　　　　　Cross-Defendants. | **CERTIFICATE OF SERVICE** |

I hereby certify that, on this 17th day of July, 2008, the foregoing Defendants' Memorandum of Law in Further Support of their Motion for Judgment on the Pleadings, and in Opposition to Plaintiffs' Motion for Judgment was electronically filed with the Court.

I further certify that I caused a copy of Defendants' Memorandum of Law in Further Support of their Motion for Judgment on the Pleadings, and in Opposition to Plaintiffs' Motion for Judgment on the Pleadings, together with a copy of all unreported cases cited therein, to be served on plaintiffs on this 17th day of July, 2008 by Federal Express, overnight delivery, at the following address:

> Jimmy Barberan
> Tatsiana Barberan
> 15 Woodlake Drive
> Middletown, New York 10940

/s/Jordan W. Siev
Jordan W. Siev
