# ReedSmith

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

**MEMO ENDORSED**

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

**Jordan W. Siev**
Direct Phone: +1 212 205 6085
Email: jsiev@reedsmith.com

July 11, 2008

BY FEDERAL EXPRESS

Honorable Kenneth M. Karas
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

> Re:    Jimmy Barberan and Tatsiana Barberan, *pro se* v. Nationpoint, *et al.*;
> LaSalle Bank National Association v. Barberan, *et al.*
> Civil Case No. 07 Civ. 11595 (KMK) (LMS)

Dear Judge Karas:

We are counsel to Nationpoint, Mortgage Electronic Registration Systems, Inc. and Nationpoint Loan Services, the Defendants in the above-referenced matter.

Pursuant to your Honor's Letter Order dated July 8, 2008 (Docket Entry 26), Defendants elect to respond to Plaintiffs' Rule 12(c) motion under the existing briefing schedule. Thus, we will include both our opposition to Plaintiffs' motion as well as our reply in support of our own Rule 12(c) motion in a single brief, to be filed and served by this Thursday, July 17, 2008.

Because our brief must address not only Plaintiffs' opposition to our Rule 12(c) motion but also Plaintiffs' own 12(c) motion, we request permission to exceed the 10-page limit on reply briefs specified in your Honor's Individual Rule II.B.

Respectfully submitted,

*Jordan W Siev (JT)*
Jordan W. Siev

JWS/jt

cc:    Jimmy and Tatsiana Barberan (by Federal Express)

*Granted,*

*So Ordered.*

*M*

*7/16/08*