Jimmy Barberan
Tatsiana Barberan
15 Woodlake Drive
Middletown, NY 10940
(845) 342-6039

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9/24/12

PRO SE OFFICE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIMMY BARBERAN AND TATSIANA BARBERAN, HUSBAND AND WIFE,      )<br>)<br>Plaintiffs,      )<br>)<br>-v-      )<br>)<br>NATIONPOINT, A DIVISION OF NATIONAL CITY BANK;      )<br>)<br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ATIMA;      )<br>)<br>HOME LOAN SERVICES, INC., d.b.a. NATIONPOINT LOAN SERVICES, Its Successors And Or Assigns;      )<br>)<br>LASALLE BANK NATIONAL ASSOCIATION AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF18, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-FF18;      )<br>)<br>FIRST FRANKLIN MORTGAGE LOAN TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES, Series 2006-FF18;      )<br>)<br>UNKNOWN OWNERS OF THE EVIDENCE OF THE DEBT and/or OWNERS OF THE NOTE      )<br>)<br>Defendants.      )<br>---------------------------------------------------<br>LASALLE BANK NATIONAL ASSOCIATION AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF18, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-FF18, | Case No.: 07-cv-11595-KMK |

NOTICE OF NON-RESPONSE TO IDENTIFICATION OF NEW DOCUMENT REQUESTS   1

|  |  |
|---|---|
| Cross-Claimant, | ) ) ) |
| -v- | ) ) |
| TATSIANA BARBERAN, JIMMY BARBERAN, BOARD OF MANAGERS OF SPRING HOLLOW CONDONINIUM TWO, and JOHN DOE, | ) ) ) ) |
| Cross-Defendants. | ) ) ) |

## NOTICE OF NON-RESPONSE TO

## PLAINTIFFS' IDENTIFICATION OF NEW DOCUMENT PRODUCTION REQUESTS

## [ Pursuant to [101] ORDER ]

Plaintiffs serve NOTICE OF NON-RESPONSE TO PLAINTIFFS' IDENTIFICATION OF NEW DOCUMENT PRODUCTION REQUESTS, Pursuant to [101] ORDER.

The [101] ORDER entered 7/13/2012 stated: "[W]ithin thirty (30) days of the date hereof, Plaintiffs must identify which requests in their Second Amended Requests for Production of Documents are new. Thereafter, Defendants will have thirty (30) days in which to serve their responses to the new document requests, as specified by Plaintiffs."

On 8/13/2012, Plaintiffs filed PLAINTIFFS' IDENTIFICATION OF NEW DOCUMENT PRODUCTION REQUESTS, identifying the new requests.

Thirty days from 8/13/2012 is 9/12/2012. That time has run, and Defendants have not served "their responses to the new document requests, as specified by Plaintiffs."

Executed by: _____/s/ Jimmy Barberan_____ DATED: September 21, 2012
    Jimmy Barberan, Plaintiff

Executed by: _____/s/ Tatsiana Barberan_____ DATED: September 21, 2012
    Tatsiana Barberan, Plaintiff

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on the date last written below, a true and correct copy of the foregoing was duly served on the following parties, either directly or through their attorneys as may be applicable, at their last known addresses by depositing same in the United States mail, postage prepaid.

**Defendant Mortgage Electronic Registration Systems, Inc.,**
**Defendant NationPoint, a Division of National City Bank,**
**Defendant Home Loan Services, Inc., d.b.a. Nationpoint Loan Services,**
**Defendant Lasalle Bank National Association As Trustee For First Franklin Loan Trust 2006-FF-18, Mortgage Loan Asset-Backed Certificates, Series 2006-FF-18**

c/o **Jordan W. Siev**
c/o **Joseph Benjamin Teig**
c/o **Othiamba Lovelace**
  Reed Smith LLP
  599 Lexington Avenue
  New York, NY 10022
  212-521-5400
  212-521-5450 (fax)

DATED this 21st day of September, 2012.  _/s/_

NOTICE OF NON-RESPONSE TO IDENTIFICATION OF NEW DOCUMENT REQUESTS  3