UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JIMMY BARBERAN and TATSIANA BARBERAN,

                Plaintiffs,

- *against* -

NATIONPOINT, a DIVISION OF NATIONAL CITY BANK; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ATIMA; HOME LOAN SERVICES, INC. d.b.a. NATIONPOINT LOAN SERVICES, Its Successors and/or Assigns; LASALLE BANK NATIONAL ASSOCIATION as TRUSTEE for FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF18, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-FF18; FIRST FRANKLIN MORTGAGE LOAN TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-FF18; and UNKNOWN OWNERS OF THE EVIDENCE OF THE DEBT and/or OWNERS OF THE NOTE,

                Defendants.

07 Civ. 11595 (KMK)(LMS)

ORDER

LASALLE BANK NATIONAL ASSOCIATION as TRUSTEE for FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF18, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-FF18,

                Cross-Claimant,

- *against* -

TATSIANA BARBERAN, JIMMY BARBERAN, BOARD OF MANAGERS OF SPRING HOLLOW CONDOMINIUM TWO and JOHN DOE,

                Cross-Defendants.

**Lisa Margaret Smith, U.S.M.J.**

On December 11, 2012, *Pro Se* Plaintiffs Jimmy and Tatsiana Barberan filed a renewed motion to compel discovery. See Docket # 106. To date, Defendants have failed to file a response to the motion. The Court hereby orders that Defendants serve and file their response to the motion by no later than **January 11, 2013**. If Defendants fail to respond to the motion by that date, the Court will deem the motion unopposed. Plaintiffs' reply, if any, shall be served and filed within 14 days of their receipt of Defendants' responsive papers.

Dated: January 3, 2013
       White Plains, New York

SO ORDERED,

Lisa Margaret Smith
United States Magistrate Judge
Southern District of New York

A copy of the foregoing Order has been mailed to the following:

Jimmy and Tatsiana Barberan
15 Woodlake Drive
Middletown, NY 10940

Jordan W. Siev, Esq.
Joseph B. Teig, Esq.
Othiamba N. Lovelace, Esq.
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022