Jordan W. Siev (JS-8043)
Joseph B. Teig (JT-9843)
Othiamba N. Lovelace (OL-2828)
Reed Smith LLP
599 Lexington Avenue
New York, New York 10022
Tel. (212) 521-5400
Fax. (212) 521-5450

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIMMY BARBERAN AND TATSIANA BARBERAN,<br><br>Plaintiffs,<br><br>-v-<br><br>NATIONPOINT, a DIVISION OF NATIONAL CITY BANK; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., HOME LOAN SERVICES, INC. d.b.a. NATIONPOINT LOAN SERVICES, LASALLE BANK NATIONAL ASSOCIATION AS TRUSTEE FOR FIRST FRANKLIN LOAN TRUST 2006-FF-18 MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-FF18; FIRST FRANKLIN LOAN TRUST 2006-FF-18 MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-FF18; and UNKNOWN OWNERS OF THE EVIDENCE OF THE DEBT and/or OWNERS OF THE NOTE,<br><br>Defendants. | Case No. 07-CV-11595 (KMK)<br><br>ECF CASE<br><br>**CERTIFICATE OF SERVICE** |
| LASALLE BANK NATIONAL ASSOCIATION AS TRUSTEE FOR FIRST FRANKLIN LOAN TRUST 2006-FF-18 MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-FF18<br><br>Cross-Claimant,<br><br>-v-<br><br>TATSIANA BARBERAN, JIMMY BARBERAN, BOARD OF MANAGERS OF SPRING HOLLOW CONDOMINIUM TWO and JOHN DOE,<br><br>Cross-Defendants. | |

-2-

I hereby certify that, on this 11th day of January, 2013, I caused a copy of Defendants' Memorandum of Law in Opposition to Plaintiffs' Renewed Motion to Compel, the Affidavit of Othiamba Lovelace, and attached exhibits to be filed via the Court's ECF system and to be served on plaintiffs Jimmy Barberan and Tatsiana Barberan by Express Mail, postage prepaid, at the following address:

>    Jimmy Barberan
>    Tatsiana Barberan
>    15 Woodlake Drive
>    Middletown, New York 10940

                                         _____s/Othiamba N. Lovelace_____
                                              Othiamba N. Lovelace